IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sally Wilson, | NO. C 09-00963 JW |
|         Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Cybrcollect, Inc., | |
|         Defendant. | |

On October 5, 2009, the parties are scheduled to appear for a Case Management Conference. On September 22, the parties filed a request for a thirty-day continuance of the scheduled Case Management Conference in order to allow them additional time to attempt to resolve this matter. (See Docket Item No. 10.)  The parties also request an extension of the deadline by which they must proceed to mediation under the Court's June 22, 2009 Order.  (See Docket Item No. 7.)  The Court is encouraged that the parties report that they may soon have an agreement on class certification, class notice, and settlement.  Accordingly, the Court GRANTS the parties a brief continuance of the Case Management Conference and orders as follows:.

(1) On **November 9, 2009 at 10 a.m.**, the parties shall appear for a Case Management Conference.

(2) On or before **October 30, 2009**, the parties shall file a Supplemental Joint Case Management Statement.  In their Statement, the parties shall provide the Court with a detailed update of the status of their negotiations.

(3) On or before **November 30, 2009**, the parties shall proceed to mediation pursuant to the Court's June 22, 2009 Order.

Dated:  October 1, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ronald Wilcox ronaldwilcox@post.harvard.edu
Ronald Hubert Sargis rsargis@hsmlaw.com

**Dated: October 1, 2009**                              **Richard W. Wieking, Clerk**

                                                  **By:    /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California