Ronald Wilcox CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Lance A. Raphael (not admitted in Cal.)
Stacy M. Bardo (not admitted in Cal.)
Allison A. Krumhorn (not admitted in Cal.)
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

Attorneys for Plaintiff SALLY WILSON

*IT IS SO ORDERED*
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SALLY WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CYBRCOLLECT, INC.<br><br>Defendant. | Case No.: C09-00963 (JW)(HRL)<br><br>SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE 11/9/09 CMC TO AFTER 11/30/09 MEDIATION, and [Proposed] ORDER<br><br>Date: November 9, 2009<br>Time: 10:00 a.m.<br>HON. JAMES WARE |

On October 27, 2009, the parties held a pre-mediation conference call with Mediator, Mary McClain. The parties set a Mediation to occur on November 30, 2009, in San Francisco, CA. Plaintiff has provided the Class Action settlement documents to Defendants. Defendants are reviewing, but have yet to approve the class settlement terms.

- 1 -

The parties respectfully request the Court continue the November 9, 2009 Case Management Conference until after the Mediation date.

Date: 10/29/09

/s/Ronald Wilcox
Ronald Wilcox
Counsel for Plaintiff

Date:

Tom Griffin
Counsel for Defendants

## [Proposed] ORDER

The stipulation of the parties is hereby adopted. The Case Management Conference of November 9, 2009 is continued to **December 14, 2009 at 10 a.m.** On or before **December 4, 2009**, the parties shall file a Joint Case Management Conference. The Statement shall include, among other things, the good faith discovery schedule with a proposed date for the close of all discovery and an update on the parties' mediation efforts.

Dated: November 3, 2009

JAMES WARE
United States District Judge