Ronald Wilcox CA Bar No. 176601
Attorney at Law
2160 The Alameda
First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Lance A. Raphael (not admitted in Cal.)
Stacy M. Bardo (not admitted in Cal., admitted *pro hac*
Allison A. Krumhorn (not admitted in Cal.)
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
Tel: (312) 782-5808
Fax: (312) 377-9930

Attorneys for Plaintiff SALLY WILSON

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SALLY WILSON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CYBRCOLLECT, INC.<br><br>Defendant. | Case No.: C09-00963 (JW)(HRL)<br><br>SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT, REQUEST TO CONTINUE CMC, and [Proposed] ORDER<br><br>**ORDER ADVANCING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

The parties are pleased to inform the Court that they have reached a tentative class action settlement, subject to Court approval, pursuant to Fed. R. Civ. P. 23. A Joint Motion for Preliminary Approval was filed on December 2, 2009, and set for hearing on March 1, 2010 (the Court's next available date).

If convenient for the Court, the parties respectfully request the Court rule on the uncontested Joint Motion for Preliminary Approval in advance of the March 1, 2010 hearing

- 1 -

date. If that is desirable to the Court, and the uncontested motion is granted, the parties can then promptly proceed with noticing class members. Additionally, the parties respectfully request the Court continue the December 14, 2009 Case Management Conference to March 1, 2010.

Date: 12/3/09

/s/Ronald Wilcox
Ronald Wilcox
Counsel for Plaintiff

Date:

Tom Griffin
Counsel for Defendants

## [Proposed] ORDER

In light of the parties' settlement, the Court finds good cause to ADVANCE the Preliminary Approval of Class Settlement currently set for March 1, 2010 to **January 25, 2010 at 9 a.m.** In addition, the Court VACATES the December 14, 2009 Case Management Conference as it is no longer necessary.

Dated: December 8, 2009

JAMES WARE
United States District Judge